

# IN THE
# TENTH COURT OF APPEALS

————————

## No. 10-10-00085-CV

## IN RE WAYNE ERNEST BARKER

————————

## Original Proceeding

## MEMORANDUM OPINION

Wayne Ernest Barker, an inmate, filed a petition for writ of mandamus. There are procedural problems with the petition, but we use Rule 2 to look beyond those problems and deny the petition. *See* TEX. R. APP. P. 2.

Further, absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2009). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing

fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable

of the Court in no way eliminates or reduces the fees owed by Barker.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition denied
Opinion delivered and filed March 10, 2010
[OT06]